IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA , | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | Case No.: 16 Civ. 6071 (GBD) |
| HANJIN SHIPPING CO., LTD. , | ) | |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Mitsui Sumitomo Insurance Company of America and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Hanjin Shipping Co., Limited .

Date: February 2, 2017

　　　　　　　　　　　　　　　　　　　　s/ Dennis A. Cammarano
　　　　　　　　　　　　　　　　　　　*Signature of plaintiffs or plaintiff's counsel*

　　　　　　　　　　　　　　　　　　　555 East Ocean Blvd., Ste. 501
　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　Long Beach, CA 90802
　　　　　　　　　　　　　　　　　　　*City, State & Zip Code*

　　　　　　　　　　　　　　　　　　　(562) 495-9501
　　　　　　　　　　　　　　　　　　　*Telephone Number*